March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George D. Collins* for petitioner. *Mr. Solicitor General Richards* for respondent.

---

No. 599. WILLIAM E. FERGUSON ET AL., ETC., PETITIONERS, *v.* ENOCH HELLIESEN ET AL. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. Macklin* and *Mr. Le Roy S. Gove* for petitioners. *Mr. Wilhelmus Mynderse* for respondents.

---

No. 608. WILLIAM J. HUME, PETITIONER, *v.* UNITED STATES. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. D. Rouse, Mr. William Grant* and *Mr. H. M. Jordan* for petitioner. *Mr. Solicitor General Richards* for respondent.

---

No. 613. STEAMSHIP EAGLE POINT, ETC., PETITIONER, *v.* LIVERPOOL, BRAZIL AND RIVER PLATE STEAM NAVIGATION COMPANY, LIMITED. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Wilhelmus Mynderse* for petitioner. *Mr. Charles C. Burlingham* and *Mr. Harrington Putnam* for respondent.

---

No. 617. PAUL CAPDEVIELLE, MAYOR, ETC., ET AL., PETITIONERS, *v.* UNITED STATES EX REL. D. M. KILPATRICK ET AL. March 2, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank B. Thomas* for petitioners. *Mr. J. D. Rouse, Mr. William Grant* and *Mr. H. M. Jordan* for respondents.